UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

DANIEL CHAVEZ,

Plaintiff,

-against-

CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI,

Defendants.

--------------------------------------------------------------------- x

**NOTICE OF PARTIAL MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED NOVEMBER 29, 2023**

23-cv-7754 (BMC)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Partial Motion for Reconsideration, dated December 13, 2023, and the Declaration of Assistant Corporation Counsel Traci Krasne dated December 13, 2023, and the exhibits annexed thereto, and upon all the papers and proceedings previously had herein, Defendants' will move this Court, before the Honorable Judge Brian M. Cogan, United States District Judge, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be designated by the Court, for an order granting Defendant's motion under Local Civil Rule 6.3 for reconsideration of the Court's Order dated November 29, 2023 (ECF Minute Entry and Order dated November 29, 2023), and upon reconsideration, dismissing Plaintiff's §1983 selective enforcement claim in its entirety, together with such other and further relief as this Court deems just and proper

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rules 6.3 and 6.1(b) of this Court, any opposing affidavits and answering memoranda shall be served by plaintiff within fourteen days after service of defendants' moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of plaintiff's answering papers.

Date: New York, New York
December 13, 2023

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 2-171
New York, New York 10007
(212) 356-2451
trkrasne@law.nyc.gov

By: */s/ Traci Krasne*
Traci Krasne
Assistant Corporation Counsel

TO: Chad J. LaVeglia, Esq. (By ECF)
Law Office of Chad J. LaVeglia PLLC
626 RxR Plaza, Suite #613
Uniondale, NY 11556
(631) 450-2468
claveglia@cjllaw.org

Docket No. 23-CV-7754 (BMC)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANIEL CHAVEZ,

Plaintiff,

– against –

CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI

Defendants.

**NOTICE OF PARTIAL MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED NOVEMBER 29, 2023**

***HON. SYLVIA O. HINDS-RADIX***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-171*
*New York, New York 10007-2601*

*Of Counsel: Traci Krasne*
*Telephone: (212) 356-2451*
*Matter No.: 2023-098265*

*Due and timely service is hereby admitted.*

*Dated: New York, New York*...................................*202*

*Signed:* ..............................................................................

*Attorney for* ........................................................................