

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TRACI KRASNE**
Labor and Employment Law Division
Phone: (212) 356-2451
Email: trkrasne@law.nyc.gov

August 1, 2024

**Via ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Daniel Chavez v. City of New York
      Dkt. No. 23-CV-7754 (NCM) (TAM)

Dear Judge Merkl:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, for the defendant in the above-referenced matter. I write on behalf of the parties pursuant to Your Honor's Order dated July 18, 2024, directing the parties to meet and confer regarding Defendant's proposed witness for deposition and to file a joint status report proposing a revised discovery schedule by August 1, 2024. See ECF Minute Entry + Order dated July 18, 2024.

Defendant has identified a witness for deposition. Accordingly, the parties propose the following discovery schedule:

- Depositions to be completed by September 20, 2024
- Fact discovery to close by October 1, 2024

.

Respectfully submitted,

*/s/ Traci Krasne*
Traci Krasne
Assistant Corporation Counsel

cc:   Chad J. LaVeglia, Esq. (By ECF)
      Law Office of Chad J. LaVeglia PLLC

Attorney for Plaintiff
626 RxR Plaza, Suite #613
Uniondale, NY 11556
(631) 450-2468
claveglia@cjllaw.org