**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-four.

---

Daniel Chavez,

    Plaintiff - Appellant,

v.

City of New York, Eric Adams, David Chokshi,

    Defendants - Appellees.

---

**ORDER**

Docket No. 24-206

On May 26, 2024, Appellant filed a response to Appellees' motion to dismiss, indicating that he does not oppose the motion to dismiss. On August 1, 2024, the Court ordered Appellant to file, within 14 days, either a motion or stipulation withdrawing this appeal. Appellant failed to respond to the August 1, 2024 order. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeal is administratively dismissed effective September 5, 2024, unless Appellant complies with the August 1, 2024 order by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/30/2024**