# LAW OFFICE OF CHAD J. LAVEGLIA PLLC

November 22, 2024

                      Re: <u>Chavez v. City of New York</u>
                      23-cv-7754 (NCM) (TAM)
                      Request for extension of depositions
                      _____

**VIA ECF**
The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Merkl:

      I am writing on behalf of Plaintiff Daniel Chavez to respectfully request an extension of time to complete depositions. Specifically, Plaintiff requests an extension of time from November 22, 2024, to February 4, 2025. Plaintiff deposed Defendant's first witness on November 14, 2024 (*see e.g.* ECF Minute Order dated 11/14/24). This requested extension is necessary because during the deposition the witness named other individuals with relevant and material information. Moreover, Plaintiff learned new information during the witnesses' deposition. Further, the witness was unable to testify about topics that are material to Plaintiff's action. Plaintiff anticipates that two (2) to five (5) more witnesses will need to be deposed. As such, Plaintiff respectfully requests an extension to February 4, 2025, to depose the remaining witnesses. Witness unavailability during the holiday season is another reason for the amount of time requested.

      This is Plaintiff's first request for an extension of time to complete depositions and has consented to Defendant's multiple requests to extend discovery. Furthermore, Plaintiff cannot adequately oppose Defendant's anticipated motion for summary judgment nor cross move for summary judgment without this deposition testimony.

      The discovery schedule provides for depositions to be completed by November 14, 2024. The deadline to complete fact discovery was November 15,

2024. The deadline to file a joint status report is November 22, 22024. Plaintiff also failed to anticipate that more witnesses would need to be deposed. As such, Plaintiff requests that the deadline to complete depositions be extended to February 4, 2025, the deadline to file a joint status report be extended to February 12, 2024, and the last date to file dispositive motions be extended to March 4, 2025. Plaintiff has not consulted with Defendant.[1]

Thank you for Your Honor's consideration.

Dated:    November 22, 2024
          Hauppauge, New York

                                              Respectfully Submitted,

                                              */s/ Chad J. LaVeglia*
                                              By: Chad J. Laveglia Esq.,
                                              Law Office of Chad J. LaVeglia PLLC
                                              350 Motor Parkway, Ste #308
                                              Hauppauge, NY 11788
                                              (631) 450-2468
                                              claveglia@cjllaw.org

---

[1] Considering the deadline and Defendants' decision to file a letter with the court in lieu of asking Plaintiff if an extension was needed, Plaintiff did not consult with the defense.