# LAW OFFICE OF CHAD J. LAVEGLIA PLLC 

June 30, 2025

                              Re: <u>Chavez v. City of New York</u>
                                    23-cv-7754 (NCM) (TAM)
                                    Request for extension of depositions
                                    _____

**<u>VIA ECF</u>**
The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Ms. Damera:

Pursuant to the bundling rule set forth in Rule III.B.2 of the Individual Practice Rules of Judge Natasha C. Merle, please find enclosed Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Local Rule 56.1 Statement of Material Undisputed Facts and Exhibits 1-8.

Dated:        June 30, 2025
                Hauppauge, New York

                                          Respectfully Submitted ,

                                          */s/ Chad J. LaVeglia*
                                          By: Chad J. Laveglia Esq.,
                                          Law Office of Chad J. LaVeglia PLLC
                                          350 Motor Parkway, Ste #308
                                          Hauppauge, NY 11788
                                          (631) 333-8468
                                          claveglia@cjllaw.org