DEF000243



**NEW YORK CITY DEPARTMENT OF CORRECTION**
Lynelle Maginley-Liddie, Commissioner

**Nancy Savasta, Acting General Counsel**
Office of the General Counsel
75-20 Astoria Boulevard, Suite 305
East Elmhurst, New York, 11370
Phone 718 • 546 • 0950

**Date**: June 11, 2024

**TO:** Traci Kranse, Assistant Corporation Counsel for The NYC Law Department

**From:** Laura C. Ahern, Senior Counsel, Office of the General Counsel, NYC Department of Correction

**Subject:** Chavez v. City, Dkt #23-CV-7754 , DOC 841/2023

Number of employees at The Department of Correction who requested a religious-based accommodation to be exempt from the COVID-19 mandate:

| | |
|---|---|
| Number of DOC Staff That Requested Religious RA – Vaccine Mandate | 648 |
| Number of Religious RA – Vaccine Mandate Requests Granted | 1 |
| Number of Religious RA – Vaccine Mandate Requests Denied | 359 |