# The Evolving Story of COVID-19 Vaccination & Transmission

An infographic visualizing the complex, dynamic relationship between vaccination and the spread of SARS-CoV-2, based on data from clinical trials, peer-reviewed studies, and public health reports.

## Section 1: The Initial Goal - Preventing Severe Disease

**Initial Efficacy Against Symptomatic COVID-19**



Source: Pfizer-BioNTech Phase 3 Trial Data.

### A Clear Primary Endpoint

Initial clinical trials for COVID-19 vaccines were designed with an urgent and specific goal: to prevent symptomatic disease, hospitalization, and death. Preventing viral transmission was not a primary endpoint in these early studies.

> "Stopping transmission was not a study endpoint."

- Pfizer Representative

## Section 2: Early Evidence of Transmission Reduction

While not the primary goal, post-market real-world studies against early variants (like Alpha and Delta) showed that vaccines had a significant impact on reducing transmission.

**Effectiveness Against Household Transmission**

# 88.5%

A large-scale study in Israel found that the Pfizer vaccine reduced overall transmission within households by this much, by making individuals less susceptible to infection and less infectious if a breakthrough case occurred.

Source: Peer-reviewed study in Israel.

**Effectiveness Against Transmission: Variant Comparison**



Source: Systematic Review Data.

# Section 3: The Game Changer - Omicron Emerges

The emergence of highly transmissible variants, particularly Omicron, significantly challenged the vaccines' ability to prevent infection and transmission.

### Waning Protection Against Omicron Infection (Primary Series)

Protection against Omicron infection from the initial two-dose mRNA vaccine series declined rapidly within months, leading to more frequent breakthrough infections.



Source: Danish Cohort Study.

## Impact on Infectiousness

Studies on the Delta variant were a harbinger of this change, finding that vaccinated individuals who got infected could be just as infectious as unvaccinated individuals.

> **Vaccinated individuals with Delta breakthrough infections might be "just as infectious as unvaccinated cases."**
> - Yale School of Public Health Study

With Omicron, the difference in viral load between vaccinated and unvaccinated individuals became inconsistent, suggesting vaccination was "unlikely to prevent a relevant proportion of transmissions."

# Section 4: The Response - Boosters & Evolving Strategy

## Booster Doses Restored Protection

Booster doses were introduced to counteract waning immunity, temporarily restoring a higher level of protection against infection and transmission, even from the Omicron variant.



## A Shift in Public Health Focus

As sterilizing immunity proved elusive against evolving variants, public health messaging shifted. The primary, most reliable benefit communicated became the prevention of severe outcomes.

✓ **Preventing Severe Disease**
The most consistent and durable benefit of vaccination.

✓ **Preventing Hospitalization**
Vaccines dramatically reduced the burden on healthcare systems.

✓ **Preventing Death**
A critical achievement in mitigating the pandemic's toll.

# Section 5: The Communication & Policy Narrative

The evolving science created a complex communication challenge, leading to public debate and questions over policies like vaccine mandates.

### STEP 1: SCIENTIFIC REALITY

**Initial trials did not test for transmission.**



### STEP 2: REGULATORY STANCE

**"Not specifically authorised for preventing virus transmission from one person to another."**

- European Medicines Agency (EMA)



### STEP 3: PUBLIC MESSAGING & PERCEPTION

**Early messaging sometimes oversimplified the science, leading to public expectation of "sterilizing immunity."**



### STEP 4: POLICY DEBATES

**The gap between initial messaging and the reality of breakthrough infections fueled debates over vaccine mandate justifications.**

This infographic is a visual summary of the report "An Examination of COVID-19 Vaccination and its Impact on Viral Transmission."

Data is synthesized from pharmaceutical company reports, peer-reviewed journals, and public health agency statements.