

STEVEN BANKS
*Corporation Counsel*

THE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SHIVANI DAMERA**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2444
sdamera@law.nyc.gov

April 17, 2026

**By ECF**
District Judge Natasha Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Daniel Chavez v. City of New York
     1:23-CV-07754 (NCM)(TAM)

Dear Judge Merle:

   I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for the Defendant City of New York in the above captioned matter. In accord with paragraph I(F) of Your Honor's Individual Rules and Practices, I write to respectfully request an extension of time for the parties to file the Joint Pre-Trial Order ("JPTO"), from May 1, 2026 to May 15, 2026.

   This is Defendant's first request for such extension, and the requested extension does not affect any scheduled dates. Plaintiff consents to the extension. This extension is necessary because the Trial Supervisor is currently on trial and Defendant needs additional time to finalize its portion of the JPTO.

   Thank you for Your Honor's time and consideration.

        Respectfully Submitted,

        *Shivani Damera*

        Shivani R. Damera
        Assistant Corporation Counsel

cc: All parties via ECF