STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

***SHIVANI DAMERA***
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2444
sdamera@law.nyc.gov

November 10, 2026

**By ECF**
District Judge Natasha Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Daniel Chavez v. City of New York
1:23-CV-07754 (NCM)(TAM)

Dear Judge Merle:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for the Defendant City of New York in the above captioned matter. I write jointly with Plaintiff to inform the Court that the parties have just reached a settlement in principle and expect to file the stipulation of voluntary dismissal with prejudice in in the near future.

Thank you for Your Honor's time and consideration.

Respectfully Submitted,
Shivani Damera
Shivani R. Damera
Assistant Corporation Counsel

cc: All parties via ECF